IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 03-81-01ML |
| | : | (Superseding Indictment) |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANTS NIGEL POTTER'S, DANIEL BUCCI'S AND LINCOLN PARK, INC.'S JOINT MOTION TO AMEND INDICTMENT AND/OR STRIKE ALLEGATION OF COMMENCEMENT OF CONSPIRACY**

Defendants Nigel Potter, Daniel Bucci and Lincoln Park, Inc., hereby move pursuant to F.R.Crim.P. 7, 12 to amend the *Indictment* and/or strike its allegation that the conspiracy in this case began "in or about March of 2000," and to replace it with "in or about September of 2000."

Defendants state their reasons in the accompanying memorandum which is hereby incorporated into this motion.

Respectfully submitted,

NIGEL POTTER
By his Attorneys,

C. LEONARD O'BRIEN (#1886)
B. JEAN ROSIELLO, ESQ. (#2886)
MacFadyen, Gescheidt & O'Brien
The Owen Building, 101 Dyer Street
Providence, RI 02903
401-751-5090

Respectfully submitted,
DANIEL BUCCI
By his Attorney,

Anthony M. Traini

ANTHONY M. TRAINI (#4793) by CLO
56 Pine Street
Providence, RI 02903

Respectfully submitted,
LINCOLN PARK, INC.
By its Attorneys,

John A. Tarantino

JOHN A. TARANTINO (#2586) by CLO
PATRICIA K. ROCHA (#2793)
Adler, Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Dated: 7/6, 2005

CERTIFICATE OF SERVICE

I certify that on the 6th day of JULY, 2005 I caused a copy of this document to be mailed to Craig N. Moore and Lee H. Vilker, Assistant United States Attorneys, The Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, RI 02903.

Ellen Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 03-81-01ML |
| | : | (Superseding Indictment) |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANTS NIGEL POTTER'S, DANIEL BUCCI'S AND LINCOLN PARK, INC.'S JOINT MEMORANDUM IN SUPPORT OF THEIR MOTION TO AMEND INDICTMENT AND/OR STRIKE ALLEGATION OF COMMENCEMENT OF CONSPIRACY**

Defendants Nigel Potter, Daniel Bucci and Lincoln Park, Inc., have moved to amend the *Indictment* and/or strike its date allegations insofar as it asserts that the conspiracy in this case began in or about March of 2000. The evidence in the prior trial demonstrates beyond peradventure that the government has no evidence that any conspiratorial agreement was reached any time prior to September 13, 2000. Further, this Court, in the course of its *Petrozziello* ruling, reached the same conclusion, timing the start of the conspiracy to be September 13, 2000. Tr. 2/16/05 at p. 4.

The jury will receive a copy of the *Indictment* to assist in its deliberations. The continuing allegation of a conspiracy beginning in or about March of 2000 is highly prejudicial and misleading.

In these circumstances, the allegation of a conspiracy beginning in or about March of 2000 should be stricken and a new allegation of on or about September 2000 should be inserted in its place.

Respectfully submitted,

NIGEL POTTER
By his Attorneys,

C. Leonard O'Brien

C. LEONARD O'BRIEN (#1886)
B. JEAN ROSIELLO, ESQ. (#2886)
MacFadyen, Gescheidt & O'Brien
The Owen Building, 101 Dyer Street
Providence, RI 02903
401-751-5090

Respectfully submitted,
DANIEL BUCCI
By his Attorney,

Anthony M. Traini

ANTHONY M. TRAINI (#4793) by CLO
56 Pine Street
Providence, RI 02903

Respectfully submitted,
LINCOLN PARK, INC.
By its Attorneys,

John A. Tarantino

JOHN A. TARANTINO (#2586) by CLO
PATRICIA K. ROCHA (#2793)
Adler, Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

## CERTIFICATE OF SERVICE

I certify that on the 6th day of JULY, 2005 I caused a copy of this document to be mailed to Craig N. Moore and Lee H. Vilker, Assistant United States Attorneys, The Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, RI 02903.

Ellen Taylor