IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 03-81 ML (Superseding) |
| | : | |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRIVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANTS' RENEWED JOINT MOTIONS FOR JUDGMENT OF ACQUITTAL**

Pursuant to F.R.Crim.P. 29(c), the Defendants hereby renew their several Motions for Judgment of Acquittal on all counts of the indictment upon which the jury returned verdicts of guilty.

The grounds for this motion are stated more thoroughly in the accompanying memorandum of law.

Respectfully submitted,

DANIEL BUCCI,
By His Attorney,

Anthony M. Traini (#4793)
56 Pine Street-Suite 2
Providence, RI 02903
Tel. 401.621.4700
Fax 401.621.5888

NIGEL POTTER,
By his Attorney,

C. Leonard O'Brien (#1886)
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903
Tel. 401.751.5090
Fax 401.751.5096

LINCOLN PARK, INC.,
By Its Attorneys,

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401.274.7200
Fax 401.351.4607

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2005, I served a copy of the foregoing pleading by mail/hand delivery, upon Craig N. Moore, Esquire, and Lee H. Vilker, Esquire, Assistant United States Attorneys, United States Attorney's Office, The Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 03-81 ML (Superseding) |
| | : | |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRIVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' RENEWED JOINT MOTIONS FOR JUDGMENT OF ACQUITTAL**

Defendants jointly move this Honorable Court as follows:

1. On July 25, 2005, at the close of the government's case, the Defendants moved for judgments of acquittal as to all counts of the indictment pursuant to F.R.Crim.P. 29(a), and the Court reserved ruling on the motions at that time.

2. On August 2, 2005, at the close of all the evidence, the Defendants again moved for judgments of acquittal as to all counts of the indictment pursuant to F.R.Crim.P. 29(a), and the Court again reserved ruling on the motions at that time.

3. On August 5, 2005, in their Motion For Appropriate Relief, the Defendants renewed their several motions for judgments of acquittal as to all counts of the indictment, and the Court has not yet ruled on the Motion For Appropriate Relief.

4. On August 8, 2005, the jury returned verdicts of guilty on Counts I, II, III, IV, V, VI, IX and X.

5. Pursuant to the provisions of F.R.Crim.P. 29(c), the Defendants hereby renew their several Motions for Judgment of Acquittal on all counts of the indictment upon which the jury returned verdicts of guilty.

Pursuant to Local Rule 12(b), the Defendants respectfully request the opportunity to be heard in oral argument on this Motion at the Court's earliest convenience, for the reason that the motion raises issues of the utmost importance in this case concerning the burden of proof and the sufficiency of the evidence. The Defendants estimate that the time for oral argument should not exceed 30 minutes.

Respectfully submitted,

DANIEL BUCCI,
By His Attorney,

Anthony M. Traini (#4793)
56 Pine Street-Suite 2
Providence, RI 02903
Tel. 401.621.4700
Fax 401.621.5888

NIGEL POTTER,
By his Attorney,

C. Leonard O'Brien (#1886)
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903
Tel. 401.751.5090
Fax 401.751.5096

LINCOLN PARK, INC.,
By Its Attorneys,

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401.274.7200
Fax 401.351.4607

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2005, I served a copy of the foregoing pleading by mail/hand delivery, upon Craig N. Moore, Esquire, and Lee H. Vilker, Esquire, Assistant United States Attorneys, United States Attorney's Office, The Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.