IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
VS. CR. NO. 03-081ML
NIGEL POTTER, ET AL.

MOTION TO REVIEW AUDIO TAPE

THE DEFENDANTS respectfully move this Honorable Court that they be allowed access to the audio tapes of the proceedings in the above matter held on Thursday, August 4, 2005.

THE DEFENDANTS have discovered a transcript discrepancy they wish to investigate concerning remarks made by the Government as appearing on page 73 of the transcript compared to the same remarks as they appear on page 89 of the transcript.

Respectfully submitted

Nigel Potter
By his attorney,
[signature]
C. Leonard O'Brien

DANIEL BUCCI
By his attorney,
[signature]
ANTHONY M. TRAINI

Lincoln Park, Inc.
By its attorney,
[signature]
JOHN A. TARANTINO

8/5/05