UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 03-081-02ML

DANIEL BUCCI

VERDICT FORM

1. As to **Count I** of the indictment, we, the jury, find defendant Daniel Bucci:

GUILTY__X__ NOT GUILTY________

2. As to **Count II** of the indictment, we, the jury, find defendant Daniel Bucci:

GUILTY__X__ NOT GUILTY________

3. As to **Count IV** of the indictment, we, the jury, find defendant Daniel Bucci:

GUILTY__X__ NOT GUILTY________

4. As to **Count VI** of the indictment, we, the jury, find defendant Daniel Bucci:

GUILTY__X__ NOT GUILTY________

5. As to **Count IX** of the indictment, we, the jury, find defendant Daniel Bucci:

GUILTY__X__ NOT GUILTY________

6. As to **Count XI** of the indictment, we, the jury, find defendant Daniel Bucci:

GUILTY________ NOT GUILTY__X__

7. As to **Count XII** of the indictment, we, the jury, find defendant Daniel Bucci:

GUILTY________ NOT GUILTY__X__

[signature]
Foreperson's Signature

8/8/05
Date