IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 03-81-01ML |
| | : | (Superseding Indictment) |
| NIGEL POTTER, *et al.* | : | |

**AFFIDAVIT**

I, B. Jean Rosiello, being duly sworn, depose and say:

1. I am an attorney licensed to practice law *inter alia* in the Federal District Court for the District of Rhode Island and in the Federal Court of Appeals for the First Circuit.

2. I am co-counsel in this case for defendant Nigel Potter, who was charged by indictment in the Rhode Island Federal District and whose case was relocated to Worcester, Massachusetts for trial.

3. On August 4, 2005, I was present in that capacity in the in Worcester Federal District Court.

4. During the government's rebuttal argument, I heard counsel for the government state that maybe he could have brought something into evidence that the Court did not let in.

5. As soon as I heard this, I whispered to co-counsel for Nigel Potter, C. Leonard O'Brien, that I would ask the court reporter about this statement at the break.

6. Mr. O'Brien wrote me a note in reply that said I should look in particular for the statement that the jury should take into consideration evidence that the Court did

not let in. I no longer have this note, but remember that Mr. O'Brien used the word "consideration" and the words "that the Court did not let in" or "that the Court would not let in."

7. At the break immediately following the government's rebuttal argument, I asked the court reporter, Karen Zinni, to let me copy this line of the government's rebuttal.

8. I copied the following words from the reporter's screen: "Maybe something I could have brought in that the Court would have allowed that the Court didn't let come in."

9. In shorthand, the words I wrote in my notes were: "Maybe somth (*sic*) I could have brt (*sic*) in th (*sic*) the Ct (*sic*) would have allowed that the Court didn't let come in."

B. Jean Rosiello

State of Rhode Island
Providence, Sc.

Subscribed and sworn to before me this 11th day of August, 2005.

Lise J. Gescheidt
Notary Public
My commission expires: 7/1/09