UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIGEL POTTER;<br>DANIEL BUCCI; and<br>BURRILLVILLE RACING ASSOCIATION<br>a/k/a LINCOLN PARK,<br>a/k/a LINCOLN GREYHOUND PARK,<br>a/k/a LINCOLN PARK, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: CR03-81-03ML<br>(Amended Superseding Indictment) |

**AFFIDAVIT OF ANTHONY M. TRAINI**

I, Anthony M. Traini, of 56 Pine Street, Providence, Rhode Island, hereby depose and state as follows:

1. I am an attorney licensed to practice in the state and federal courts of Rhode Island.

2. I am counsel of record for Daniel Bucci in the above referenced matter, which was recently tried in the Federal District Court in Worcester, Massachusetts.

3. I was present for the closing arguments held on August 4, 2005.

4. During the Government's rebuttal argument, I recall hearing the prosecutor state, among other things, that perhaps there could have been something missing that he could have brought to the jury that the Court would have allowed, but did not let in.

5. I have reviewed the transcript of the August 4, 2005 rebuttal argument, as well as the bench conference where the so-called real time transcription was read into the record partially by the Court and partially by me. The rendition of what was read into the record by the Court and by me substantially conveys what I heard in the courtroom, that is: "Maybe there is

something missing I could have given you or maybe something I could have brought in that the Court would have allowed, the Court didn't let come in."

Anthony M. Traini

Subscribed to and sworn before me
this 15th day of August, 2005.

Debra A. Hunn
Notary Public
My Commission Expires: 11/23/05

*342194_1.doc*