UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIGEL POTTER;<br>DANIEL BUCCI; and<br>BURRILLVILLE RACING ASSOCIATION<br>a/k/a LINCOLN PARK,<br>a/k/a LINCOLN GREYHOUND PARK,<br>a/k/a LINCOLN PARK, INC. | : | Case No.: CR03-81-03ML<br>(Amended Superseding Indictment) |

## AFFIDAVIT OF PATRICIA K. ROCHA

I, Patricia K. Rocha, being duly sworn under oath, hereby state:

1. I am an attorney licensed to practice in the state and federal courts of Rhode Island.

2. I am counsel of record for Lincoln Park, Inc. in the above referenced matter, which was recently tried in the Federal District Court in Worcester, Massachusetts.

3. I was present at the closing argument on August 4, 2005.

4. During the Government's closing argument on August 4, 2005, I took handwritten notes of statements by the Government that were of significance to me.

5. In my handwritten notes, I recorded a statement by the Government that I believed was not proper. My handwritten notes state "not proper" and they reference the language of the prosecutor as follows: "'could [have] brought in evidence ct [court] ≠ [did not] allow". My notes are consistent with my recollection that the prosecutor said, among other things, that perhaps there could have been something missing that he could have brought to the jury that the Court would have allowed, but the Court did not allow into evidence.

6. I have reviewed the transcript of the August 4, 2005 rebuttal argument, as well as the bench conference where the so-called real time transcription was read into the record partially by the Court and partially by Mr. Traini, counsel for Daniel Bucci. The rendition of what was read into the record by the Court and Mr. Traini substantially conveys what I heard in the courtroom, that is: "Maybe there is something missing I could have given you or maybe something I could have brought in that the Court would have allowed, that the Court didn't let come in."

Pat K Rocha

Patricia K. Rocha

Subscribed to and sworn before me
this 15th day of August, 2005.

Debra Attieuro

Notary Public
My Commission Expires: 11/23/05

*341808_1.doc*