IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
v. ) CR No. 03-081ML
)
NIGEL POTTER; )
DANIEL BUCCI; and )
BURRILLVILLE RACING ASSOCIATION )
a/k/a LINCOLN PARK )
a/k/a LINCOLN GREYHOUND PARK )
a/k/a LINCOLN PARK, INC. )

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, Craig N. Moore and Lee H. Vilker, Assistant United States Attorneys, hereby moves the Court for an enlargement of time to file its response to defendants' motion for a new trial. The government has ordered a copy of the trial transcripts that it believes are necessary to provide an appropriate response to defendants' motion. Therefore, the Government respectfully requests an enlargement of time from August 26, 2005 to September 2, 2005.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

CRAIG N. MOORE
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney

Dated: August 29, 2005

## Certificate of Service

I, Paula Harvey, hereby certify that on this 29th day of August, 2005, I served by first-class mail a copy of the within "Motion For Enlargement of Time" on the following counsel of record:

John Tarantino, Esquire
Adler Pollock & Sheehan
1 Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

C. Leonard O'Brien, Esquire
The Owen Building, 101 Dyer Street
Providence, Rhode Island 02903

Anthony Traini, Esquire
55 Pine Street
Providence, Rhode Island 02903