IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| NIGEL POTTER; | : | CR 03-81-01ML |
| DANIEL BUCCI; and | : | (Superseding Indictment) |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANT DANIEL BUCCI'S NOTICE OF APPEAL**

Notice is hereby given that Daniel Bucci hereby appeals to the United States Court of Appeals for the First Circuit from all judgments of the United States District Court, Lisi, J., entered against him in the above matter on October 31, 2005, all orders denying or otherwise adversely ruling on any and all pretrial and trial motions, any and all adverse trial rulings, as well as his convictions, and the sentence imposed on October 28, 2005, including without limitation the imposition of all incarcerative, monetary and other penalties.

Respectfully submitted,
DANIEL BUCCI
By his Attorney,

ANTHONY M. TRAINI (#4793)
56 Pine Street
Providence, RI 02903
Tel. 401.621.4700
Fax 401.621.5888

CERTIFICATE OF SERVICE

I certify that on the 2nd day of November, 2005 I caused a copy of this document to be mailed to Lee H. Vilker, Assistant United States Attorney, The Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, RI 02903, to C. Leonard O'Brien, Esquire and Ms. B. Jean Rosiello, attorney at law, counsel for co-defendant Nigel Potter, at 101 Dyer Street, providence, RI 02903, and to John A. Tarantino, Esquire and Ms. Patricia K. Rocha, attorney at law, counsel for co-defendant LPRI, Inc., at Adler, Pollock & Sheehan, One Citizens Plaza, Providence, RI 02903.