UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

November 8, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

**RE: CR 03-081-01/02/03ML**
**USA v. Nigel Potter** (01) CCA#_______________

**USA v. Daniel Bucci** (02) CCA#_______________

**USA v. Burrillville Racing Assn. (Lincoln Park)** (03) CCA#_______________

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of docket entries in the above matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: _______________
John Duhamel
DEPUTY CLERK

encl.:
**Doc. Nos. 347, 348, 349: Sentencing Transcripts as to Potter, Bucci, Burrillville Racing (a/k/a Lincoln Park), respectively**
Certified docket entries