IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| NIGEL POTTER; | : | CR 03-81-01ML |
| DANIEL BUCCI; and | : | (Superseding Indictment) |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DANIEL BUCCI'S NOTICE OF APPEAL OF THE DENIAL OF HIS MOTION FOR BAIL PENDING APPEAL**

Daniel Bucci hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the United States District Court for the District of Rhode Island's denial of his motion for stay of execution of sentence and bail pending appeal on October 28, 2005.

Respectfully submitted,
DANIEL BUCCI
By his Attorney,

Anthony M. Traini

ANTHONY M. TRAINI (#4793)
56 Pine Street
Providence, RI 02903

**CERTIFICATION**

I certify that on the 8th day of November, 2005 I caused a copy of this document to be mailed to Lee H. Vilker, Assistant United States Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th floor, Providence, RI 02903; to C. Leonard O'Brien, Esq. and Ms. B. Jean Rosiello, Esq., 101 Dyer Street, Providence, RI 02903; and to John Tarantino, Esq., and Patricia K. Rocha, Esq., Adler, Pollock & Sheehan, P.C., 1 Citizens Plaza, 8th Floor, Providence, RI 02903.

Ellen Taylor