FILED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 03-081-ML |
| vs. | ) | |
| | ) | |
| NIGEL POTTER, and | ) | |
| DANIEL BUCCI, | ) | |

**UNITED STATES' MOTION**
**TO SUPPLEMENT RECORD FOR COURT OF APPEALS**

For the reasons set forth in the accompanying memorandum of law, pursuant to Fed. R. App. P. 10(e), the government moves this Court to supplement the record, to facilitate the First Circuit's review of the pending bail appeal in this case. Specifically, the government moves the Court to forward the following bail-related filings to the First Circuit: The defense letter of October 24, 2005; the responsive government letter of October 26, 2005; and the defense reply letter of October 27, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Granted.
Mary M. Lisi
USDJ 11/10/05

[signature]

DONALD C. LOCKHART
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this, the 10th day of November, 2005, I mailed and faxed a true copy of this filing to counsel for defendants Nigel Potter and Daniel Bucci:

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903

C. Leonard O'Brien, Esq.
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903