UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. COURT OF APPEALS
RECEIVED
NOV 14 2005
FOR THE FIRST CIRCUIT

DAVID A. DIMARZIO
CLERK OF COURT

November 8 , 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CR 03-081-**01**ML
USA v. Nigel Potter

CCA# 05-2694

CR 03-081-**02**ML
USA v. Daniel Bucci

CCA# 05-2695

Bail

Dear Clerk of Court:

Enclosed herewith you will find the NOTICES OF APPEAL [re: this court's denial of stay of execution of sentences and bail] and a certified copy of the docket entries.

**Note that the case files as to these defendants were forwarded to the U.S. Court of Appeals (First Circuit) on November 3, 2005, relative to the prior Notices of Appeal filed by Messrs. Potter and Bucci on November 2, 2005.**

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel, Deputy Clerk

Encl.: **Doc. Nos. 351, 352 (NOAs as to Potter, Bucci)**
**Receipt # 61720 [$255.00 appeal fees as to Potter, Bucci]**