# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

*November 18, 2005*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*1 Courthouse Way, Suite 2235*
*Boston, MA 02210*

*RE: USA v. Nigel Potter, et al*
*USDC-RI CR 03-81-01/02/03ML*
*USCA # 05-2694; 05-2695*

*Dear Mr. Donovan:*

*Enclosed herewith you will find a supplement on appeal relative to the above-captioned appeal.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter and return to the undersigned. Thank you.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By: Barbara Barletta*
*Barbara L. Barletta*
*Deputy Clerk*

*Enc. Trial Exhibits from 7/19/05 to 8/8/05*