IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| NIGEL POTTER; | : | CR 03-81-01ML |
| DANIEL BUCCI; and | : | (Superseding Indictment) |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANT DANIEL BUCCI'S MOTION TO APPLY BAIL FUNDS TO PAYMENT OF FINE**

Defendant Daniel Bucci hereby moves this Honorable Court as follows:

1. The Defendant was arraigned on September 19, 2003 before Magistrate Judge Robert Lovegreen, and ordered to post the sum of fifty thousand ($50,000) dollars as surety.

2. As ordered, on September 19, 2003, Defendant posted the sum of fifty thousand ($50,000) dollars, a copy of the receipt for which is attached hereto.

3. On October 28, 2005, the Defendant was sentenced by this Court and, *inter alia*, ordered to pay a fine in the sum of seventy-five thousand ($75,000) dollars (*Judgment*, October 31, 2005, at page 4).

4. As ordered by this Court, Defendant began service of his incarcerative sentence on November 25, 2005 at the Federal Prison facility at Devens, Massachusetts; his surety for appearance before this Court is therefore no longer required.

WHEREFORE, Defendant respectfully moves this Honorable Court that the funds posted as his surety be applied to the payment of his fine.

Respectfully submitted,
DANIEL BUCCI
By his Attorney,

ANTHONY M. TRAINI (#4793)
56 Pine Street
Providence, RI 02903
Tel. 401.621.4700
Fax 401.621.5888

CERTIFICATE OF SERVICE

I certify that on the 28th day of November, 2005 I caused a copy of this document to be hand-delivered to Lee H. Vilker, Assistant United States Attorney, The Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, RI 02903.

Anthony M. Traini

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| NIGEL POTTER; | : | CR 03-81-01ML |
| DANIEL BUCCI; and | : | (Superseding Indictment) |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT DANIEL BUCCI'S MOTION TO APPLY BAIL FUNDS TO PAYMENT OF FINE**

Defendant Daniel Bucci has moved this Honorable Court that the funds posted as his surety be applied to the payment of his fine.

In support hereof, the Defendant states that Title 28 U.S.C. §2044 allows bail funds to be applied to the payment of fines, albeit on motion of the United States Attorney. Defendant respectfully submits that although the government has not so moved, the relief requested here should be granted as the most expedient and efficient manner in which to see to it that the fine is paid as provided in the Judgment.

Respectfully submitted,
DANIEL BUCCI
By his Attorney,

ANTHONY M. TRAINI (#4793)
56 Pine Street
Providence, RI 02903
Tel. 401.621.4700
Fax 401.621.5888

CERTIFICATE OF SERVICE

I certify that on the 28th day of November, 2005 I caused a copy of this document to be hand-delivered to Lee H. Vilker, Assistant United States Attorney, The Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, RI 02903.

Anthony M. Traini