**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

CR 03-081-01/02/03ML

v.

NIGEL POTTER, DANIEL BUCCI,
BURRILLVILLE RACING ASSOCIATION, a/k/a Lincoln Park,

**RETURN RECEIPT FOR EXHIBITS**

Government's Exhibits re: July/August, 2005 Jury Trial (Worcester, MA)

David A. DiMarzio
Clerk of Court

Received by: SA [signature]

Date: 10-11-06

By: [signature]
Deputy Clerk

AO 187 (Rev. 7/87) Exhibit and Witness List

Venue: USDC - Worcester, MA

# United States District Court

## *District of Rhode Island*

United States v. Nigel Potter, Daniel Bucci, Burrillville Racing, a/k/a

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR03-081-01/02/03ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Asst. U.S. Attys Moore, Vilker | O'Brien; Rosiello; Tarantino; Rocha; Traini |
| TRIAL DATE(S) 7/19/05 to 8/8 /05 | COURT REPORTER Karen Zinni | COURTROOM DEPUTY John Duhamel |

| ~~PLF.~~ GOV NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| → | | | | | W-1 Francis 'Skip' Sherman |
| 116 | | 7.19.05 | ✓ | | Corporate Organizational Chart |
| 148 | | " | | ✓ | Wembley Organizational Chart |
| 3 | | " | | ✓ | Risk Mgt report - Wembley USA |
| 2 | | " | | ✓ | Fax: Bucci to Potter + Sherman 6.12.99 |
| 9 | | " | | ✓ | Fax: Bucci to Potter + Elliott 6.8.00 p. 1, 3, 4 |
| 150 | | " | ✓ | | Wembley USA minutes 6.20.00 |
| 52 | | " | ✓ | | materials from Wembley USA Board Meeting (1/24/01) |
| 17 | | " | | ✓ | Fax memo: Bucci to Potter & Sherman 8.21.00 |
| | | | | | DX of W-1 continues |
| 13 | | 7.20.05 | ✓ | | Email Bents to Potter, etc. 6.28.00 |
| 16 | | " | ✓ | | Fax: Potter to Bents 7.11.00 |
| 12 | | " | ✓ | | Memo: Sherman to Potter 6.27.00 |
| 151 | | " | ✓ | | Lincoln Park Meeting Minutes 6.20.00 |
| 19 | | " | | ✓ | Lincoln Park Meeting Minutes 8.25.00 |
| 20 | | " | | ✓ | Fax: Potter to Bucci 9.5.00 |
| 22 | | " | | ✓ | Fax: Potter to Sherman 9.18.00 |
| 24 | | " | | ✓ | Fax: Bucci to Sherman 10.5.00 |
| 26 | | " | | ✓ | Wembley USA 2001-2004 Operating Plan 10.18.00 |
| 34 | | " | | ✓ | Fax: Bucci to Sherman 11.30.00 |
| 35 | | " | | ✓ | Memo: Potter to Bucci 12.1.00 |
| 37 | | " | | ✓ | Fax: Bucci to Potter + Elliott 12.1.00 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States v. Nigel Potter, Daniel Bucci, Burrillville Racing, a/k/a

CASE NUMBER: CR03-081-01/02/03ML

| Gov't PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 38 | | 7.20.05 | | ✓ | Fax Memo: Potter to Bucci 12.4.00 |
| 39 | | " | | ✓ | Fax: Bucci to Potter 12.5.00 |
| 40 | | " | | ✓ | Fax: Potter to Bucci 12.6.00 |
| 42 | | " | | ✓ | Fax: Bucci to Potter + Elliott 12.7.00 |
| 43 | | " | | ✓ | Fax: Potter to Bucci 12.7.00 |
| 48 | | " | | ✓ | Fax: Bucci to Potter + Elliott 12.11.00 |
| 49 | | " | | ✓ | Fax: Potter to Bucci 12.12.00 |
| 50 | | " | | ✓ | Fax: Bucci to Potter & Elliott 1.18.01 |
| * 58 | | " | | ✓ | Fax memo: Bucci to Hultman & Elliott 3.8.01 |
| 59 | | " | | ✓ | Fax: Bucci to Hultman & Elliott 3.15.01 |
| 60 | | " | | ✓ | Fax: Bucci to Hultman & Elliott 3.18.01 |
| | | | | | CX of W-1 (Sherman) |
| 7.21.05 | | | | | CX of W-1 continues |
| | G Potter | 7.21.05 | ✓ | | Fax to Potter from Bucci 6.14.99 |
| | K Potter | " | ✓ | | Fax to Sherman + Potter from Bucci 12.15.99 |
| | O Potter | " | ✓ | | Fax to Sherman + Potter from Bucci 6.14.99 |
| | S Potter | " | ✓ | | Fax to Sherman + Potter from Bucci 6.5.00 |
| | R Potter | " | ✓ | | Fax to Sherman + Potter from Bucci 4.24.00 |
| | AA Potter | " | ✓ | | Fax: Bucci to Sherman 11.29.00 |
| | KK Potter | " | ✓ | | Fax: Bucci to Sherman + Bents 1.19.01 |
| | JJ Potter | " | ✓ | | Fax: Bucci to Sherman + Bents 1.19.01 |
| | | | | | CX of W-1 continues |
| 7.22.05 | A Potter | 7.22.05 | ✓ | ✓ | Fax: Sherman to Potter 2.12.01 |
| 11 | | " | ✓ | | Fax: Bucci to Potter & Elliott 6.15.00 |
| 21 | | " | | ✓ | Fax: Potter to Hultman 9.18.00 |
| 23 | | " | | ✓ | Fax: Potter to Bucci 9.18.00 |
| 107 | | | | ✓ | Fax: Bucci to Elliott 4.2.01 |

*58 – redacted Exhibit

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States v. Nigel Potter, Daniel Bucci, Burrillville Racing, a/k/a

CASE NUMBER: CR03-081-01/02/03ML

| PLF. NO. (Govt) | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A Bucci | 7.22.05 | ✓ | | Fax: 1.19.01 Bucci to Sherman + Brents |
| | B Bucci | " | ✓ | | Fax: 1.19.01 Bucci to Sherman + Brents |
| | C Bucci | " | ✓ | | Fax: 2.13.01 Bucci to Sherman + Brents |
| 54 | | " | ✓ | ✓ | Fax: Sherman to Potter w/o minutes 1.30.01 |
| 56 | | " | ✓ | ✓ | Fax: Sherman to Potter w/o minutes 1.30.01 |
| 14 | | " | ✓ | | E-mail: Elliott to Potter 6.29.00 |
| 15 | | " | ✓ | | Fax: Sherman to Potter 7.3.00 |
| 55 | | " | ✓ | | Fax: memo from Sherman to Elliott 2.15.01 |
| → | | | | | W-2 DAVID BRENTS |
| 18 | | 7.22.05 | ✓ | | Material re: 8.25.00 Lincoln Park meeting Boston |
| 18d | | " | ✓ | ✓ | Lincoln Park Budget - preliminary |
| 18e | | " | ✓ | ✓ | Lincoln Park Comparative 5-yr. Income Statement |
| 18a | | " | ✓ | ✓ | Lincoln Agenda 8.25.00 |
| 7.25.05 | | | | | DX of W-2 (Brents) continues |
| | JJ-1 Potter | 7.25.05 | | ✓ | Fax - Bucci to Sherman 1.19.01 (redacted) |
| 28 | | " | | ✓ | L. Park Budget Summary 2001 Final |
| 47 | | " | | ✓ | Wembley PLC Analysis of Adjustments - Budget 2001 |
| 52a | | " | | ✓ | Wembley USA Agenda 1.24.01 |
| 52b | | " | | ✓ | Brents' notes - handwritten |
| → | | | | | transcript testimony of W-3 NIGEL POTTER |
| 115 | | 7.25.05 | | ✓ | Certified corporate records for L Park, Inc. |
| 149 | | " | | ✓ | Stipulation re: John Holwood |
| 7.26.05 | | | | | live testimony of W-3 NIGEL POTTER |
| | L Potter | 7.26.05 | | ✓ | 1/25/00 Wembley USA minutes |
| | J Potter | " | ✓ | | 1/26/99 letter: Sherman to Potter |
| | N Potter | " | ✓ | | 2/4/00 letter: Potter to Sherman |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States v. Nigel Potter, Daniel Bucci, Burrillville Racing, a/k/a

CASE NUMBER: CR03-081-01/02/03ML

Hart

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| 7.27.05 | | | | | | Dx of W-3 (Potter) continues |
| | | Y Potter | 7.27.05 | | ✓ | Fax: Potter to Bucci 10/26/00 |
| | | CC Potter | " | | ✓ | Five Faxes: Sherman to Potter - various dates |
| | | CCC Potter | " | | ✓ | Materials from Wembley PLC Board meeting 12/7/00 |
| | | SS Potter | " | ✓ | ✓ 8.2.05 | Fax: Di Purro to Casiello 1.30.01 |
| | | E Bucci | " | ✓ | | Transcript - prior trial - 2.8.05 |
| | | F Bucci | " | ✓ | | Transcript - prior trial - 2.9.05 |
| | | G Bucci | " | ✓ | | Transcript - prior trial - 2.10.05 |
| 7.28.05 | | | | | | Cx of W-3 (Potter) continues |
| | | H Potter | 7.28.05 | ✓ | | Fax: Sandy to Potter + Sherman 9.15.99 |
| | | A Potter | " | ✓ | | 6.12.91 Contract |
| | | B Potter | " | ✓ | | 6.11.92 contract |
| | | C Potter | " | ✓ | | 11.23.93 Contract |
| | → | | | | | W-4 Neil Chisman |
| | | | | | | |
| 7.29.05 | → | | | | | W-5 Mark Elliott |
| | | H Bucci | 7.29.05 | | ✓ | Fax: Bucci to Elliott 2.15.01 |
| | 44 | | " | ✓ | | Materials: Wembley PLC Board Meeting 12.7.00 |
| | 45 | | " | | ✓ | Wembley PLC Budget 2001 - 12.7.00 |
| | 46 | | " | | ✓ | Wembley PLC Profit + Loss Account 2001-2004 |
| | 72 | | " | | ✓ | PLC Board minutes 10.11.00 |
| | 74 | | " | | ✓ | PLC Board minutes 12.7.00 |
| | 75 | | " | | ✓ | PLC Board minutes 1.12.01 (redacted) |
| | | | | | | |
| 8.1.05 | | | | | | Cx of W-5 (Elliott) continues |
| | 77 | | 8.1.05 | ✓ | | PLC Board minutes 2.28.01 |
| | 152 | | " | ✓ | | 5.12.03 letter from Scott to Atty. McCormick |

Case 1:03-cr-00081-ML Document 374-1 Filed 08/01/2006 Page 5 of 5

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States V. Nigel Potter, Daniel Bucci, Burrillville Racing, a/k/a

CASE NUMBER: CR03-081-01/02/03ML

| | ~~PLF.~~ GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | | I | Potter 8.1.05 | ✓ | | Fax: Potter to Bucci 11.19.99 |
| | | J | " | ✓ | | Fax: Potter to Sherman 11.19.99 |
| 8.2.05 | → | | | | | W-6 ROBERT COHEN |
| | → | | | | | W-7 NICHOLAS CASIELLO, JR. |
| | → | | | | | W-8 IAIN WILKIE |
| | | OO | Potter 8.2.05 | ✓ | | Letter of Representation re: Wembley USA 2000 Audit |
| | | RR | Potter " | | ✓ | E-mail: Goodson to Potter 1.29.01 |
| | → | | | | | W-9 JOANNA POTTER |
| | → | | | | | W-10 PETER HARRIS |
| | | DD | Potter 8.2.05 | | ✓ | page from Harris' budget pack |
| | | BBB | Potter " | | ✓ | Stipulation re: N. Potter's Health |
| | | B4 | Potter " | ✓ | | Audit letter 1.25.01 |
| | | I | Bucci " | ✓ | | Transcript references re: Petrozziello objections |
| | | J | Bucci " | ✓ | | Copy of 2.15.05 transcript |
| | | L | Bucci " | ✓ | | Copy of 2.7.05 transcript |
| 8.3.05 | | K | Bucci 8.3.05 | ✓ | | transcript - Charge conference 2/15/05 |
| | | M | Bucci " | ✓ | | transcript - jury charge 2/17,18/05 |
| ~~8.4.05~~ | | N | Bucci 8.4.05 | ✓ | | transcript - Charge Conference 8/2/05 |
| | 112 | | 8.3.05 | ✓ | | Copy of Statute - Title 42 re: State lottery |